AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States | ) | |
| :---: | :---: | :--- |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cr-135 |
| Alexander Arguedas | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Alex Arguedas                                                                                           .

Date:   07/16/2021

_____
*Attorney's signature*

Michael Fineman (MF0282)
*Printed name and bar number*

408 Broadway, 2nd Floor
New York, New York 10013

*Address*

FinemanM@gmail.com
*E-mail address*

(212) 233-4500
*Telephone number*

(212) 233-4501
*FAX number*